# Exhibit 4

09/09/2016

STERLING
Know Who You're Hiring!™

**Client Information**

| | | | |
|---|---|---|---|
| WAL-MART<br>1300 SE 8TH STREET<br>BENTONVILLE | AR 72716-0815 | Subcode:<br>Reference #:<br>Quoteback:<br>Attention: | E8123075<br>01<br>ANY CLIENT USER DATA<br>WAL-MART GLOBAL ARC |
| Location: 03533 | | | |

**Applicant Information**

| | | | |
|---|---|---|---|
| Applicant Name: | **COMPO, ELSIE** | Control #: | **91887441** |
| Social Security No: | [redacted] | Ordered By: | XML REQUESTS |
| Phone: | | | |
| Maiden Name/Aliases: | IVEY, ELSIE I<br>COMPO, ELISE<br>COMPO, ELISIE<br>COMPO, I ELISE<br>PICKERING, ELSIE<br>MILLER, ELSIE I | | |
| Address: | 1435 S GALENA WAY APT 102 DENVER, CO 80247 | | |

**CAUTION**

California Applicants/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Solicitantes/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

Pursuant to Minn. Stat. Ann. § 332.70(4): The report may include information that has been expunged, sealed, or has otherwise become inaccessible to the public since the date it was collected.

Results pertaining to the subject's potential criminal background results are only included in the report if there is an exact match between the full name and date of birth provided by the subject and the court record. To ensure the integrity of our results, the criminal information reported appears exactly as it is received from each search.

As sex offender, office of foreign asset control and federal criminal offender databases may only list names, information is provided only if there is a complete name match between the subject and the entry in the government records.

Department of motor vehicle records are provided only if there is an exact match between the license number

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

provided by the subject and the agency record.

Credit reports are provided by the credit bureau based on 2 matching criteria among name, address and social security number.

To the extent criminal background results are duplicative of findings from non-criminal background checks, such as a sex offender hit, the results are duplicated in the report. Accordingly, a thorough review of the complete report is required to ensure that the company properly recognizes duplicative results.

The purpose of Social Security Trace/Address Locator Report is to locate jurisdictions for purposes of expanding the scope of the criminal background check. The Social Security number provided by the applicant is not checked against the Social Security Administration database since the Social Security Administration database generally is not accessible for pre-employment screening purposes. In determining whether a number appears to be validly issued, SSN protocols are applied but please note that due to the randomization of the issuance of social security numbers, any conclusion regarding whether the number is valid may not be accurate for recently issued numbers.

AS IT MAY NOT BE PERMISSIBLE OR RECOMMENDED TO USE CERTAIN INFORMATION CONTAINED IN THIS REPORT FOR EMPLOYMENT DECISIONS, IT IS ADVISABLE TO CONSULT WITH COUNSEL PRIOR TO MAKING ANY ADVERSE HIRING DECISIONS. BY REQUESTING AND ACCEPTING THIS REPORT, CLIENT CONFIRMS IT IS ACTING IN COMPLIANCE WITH ITS END USER CERTIFICATION.

## Report Summary

Applicant's Status: Complete

Services Ordered:

| Service | Status | Reference | Result |
|---|---|---|---|
| Enhanced National Criminal | C | | Informational |
| Sex Offender Registry Check | C | | Clear |
| Social Security Trace For County Searches | C | COMPO, ELSIE | Informational |
| Score Report - County Record | C | COMPO, ELSIE | **Not Competitive** |
| Score Report - Trace | C | COMPO, ELSIE | Competitive |
| Global Terrorist Watchlist Search | C | | Clear |
| Federal All Districts Record Check | C | ALL DISTRICTS | Clear |
| County Criminal Record | C | POLK, IA | **Alert** |
| Alias Names Were Checked | | POLK, IA | |
| County Criminal Record | C | POWESHIEK, IA | **Alert** |
| Alias Names Were Checked | | POWESHIEK, IA | |

| Product | Reference | Status | Result |
|---|---|---|---|
| Enhanced National Criminal | | Complete | Informational |

Please refer to the county criminal search

| Sex Offender Registry Check | | Complete | Clear |
|---|---|---|---|

Search Performed On 09/02/2016

There were no records found in the Registered Sex Offender database, including 50 states, Guam, Puerto Rico and the Northern Mariana Islands, matching the submitted search criteria based upon the information provided.

| Social Security Trace For County Searches | COMPO, ELSIE | Complete | Informational |
|---|---|---|---|

SSN TRACE FOR: COMPO, ELSIE [redacted]

REPORT DATE: 09/02/2016

TOTAL SUBJECTS RETURNED: 1

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

SUBJECT 1

| | |
|---|---|
| COMPO, ELSIE I<br>926 MAIN ST<br>GRINNELL, IA 50112 | LAST SEEN: 08/2016<br>FIRST SEEN: 10/2014 |
| IVEY, ELSIE I<br>926 MAIN ST<br>GRINNELL, IA 50112 | |
| COMPO, ELSIE INA<br>11450 MELODY DR, UNIT C-304<br>NORTHGLENN, CO 80234 | LAST SEEN: 08/2016<br>FIRST SEEN: 01/2010 |
| IVEY I, ELSIE<br>6394 S JELLISON ST<br>LITTLETON, CO 80123 | LAST SEEN: 07/2016<br>FIRST SEEN: 03/2006 |
| IVEY, ELSIE I<br>6394 S JELLISON ST<br>LITTLETON, CO 80123 | LAST SEEN: 05/2015<br>FIRST SEEN: 12/2005 |
| COMPO, ELSIE INA<br>1411 FENTON ST, APT 204<br>LAKEWOOD, CO 80214 | LAST SEEN: 10/2014<br>FIRST SEEN: 11/2011 |
| COMPO, ELISE<br>11450 MELODY DR, UNIT C-304<br>NORTHGLENN, CO 80234 | LAST SEEN: 07/2014<br>FIRST SEEN: 01/2010 |
| COMPO, ELISIE<br>11450 MELODY DR, UNIT C-304<br>NORTHGLENN, CO 80234 | LAST SEEN: 07/2014<br>FIRST SEEN: 01/2010 |
| IVEY, ELSIE I<br>11450 MELODY DR, UNIT C-304<br>NORTHGLENN, CO 80234 | LAST SEEN: 07/2014<br>FIRST SEEN: 01/2010 |
| COMPO, I ELISE<br>11450 MELODY DR, UNIT C-304<br>NORTHGLENN, CO 80234 | LAST SEEN: 07/2014<br>FIRST SEEN: 01/2010 |
| COMPO, ELISE<br>1411 SENTON ST 211<br>LAKEWOOD, CO 80214 | LAST SEEN: 11/2013<br>FIRST SEEN: 11/2013 |
| COMPO, ELISIE<br>1411 SENTON ST 211<br>LAKEWOOD, CO 80214 | LAST SEEN: 11/2013<br>FIRST SEEN: 11/2013 |
| COMPO, ELSIE INA<br>1411 SENTON ST 211<br>LAKEWOOD, CO 80214 | LAST SEEN: 11/2013<br>FIRST SEEN: 11/2013 |
| IVEY, ELSIE I<br>1411 SENTON ST 211<br>LAKEWOOD, CO 80214 | LAST SEEN: 11/2013<br>FIRST SEEN: 11/2013 |
| COMPO, I ELISE<br>1411 SENTON ST 211<br>LAKEWOOD, CO 80214 | LAST SEEN: 11/2013<br>FIRST SEEN: 11/2013 |
| COMPO, ELISE<br>1411 FENTON ST, APT 204 | LAST SEEN: 08/2013<br>FIRST SEEN: 06/2012 |

| | | |
|---|---|---|
| Applicant Name:   COMPO, ELSIE | SSN: ▉▉▉▉▉▉▉▉▉ | Control Number: 91887441 |

LAKEWOOD, CO 80214

```
COMPO, ELISIE                                    LAST SEEN:  08/2013
1411 FENTON ST, APT 204                          FIRST SEEN: 06/2012
LAKEWOOD, CO 80214

IVEY, ELSIE I                                    LAST SEEN:  08/2013
1411 FENTON ST, APT 204                          FIRST SEEN: 06/2012
LAKEWOOD, CO 80214

COMPO, ELSIE INA                                 LAST SEEN:  08/2013
6548 S EVERETT WAY                               FIRST SEEN: 01/2009
LITTLETON, CO 80123

COMPO, I ELISE                                   LAST SEEN:  08/2013
1411 FENTON ST, APT 204                          FIRST SEEN: 06/2012
LAKEWOOD, CO 80214

COMPO, ELISE                                     LAST SEEN:  10/2012
6548 S EVERETT WAY                               FIRST SEEN: 01/2009
LITTLETON, CO 80123

COMPO, ELISIE I                                  LAST SEEN:  10/2012
6548 S EVERETT WAY                               FIRST SEEN: 01/2009
LITTLETON, CO 80123

IVEY, ELSIE I                                    LAST SEEN:  10/2012
6548 S EVERETT WAY                               FIRST SEEN: 12/2008
LITTLETON, CO 80123

COMPO, I ELISE                                   LAST SEEN:  10/2012
6548 S EVERETT WAY                               FIRST SEEN: 01/2009
LITTLETON, CO 80123

COMPO, ELSIE I                                   LAST SEEN:  06/2012
1411 FENTON ST, APT 203                          FIRST SEEN: 11/2011
LAKEWOOD, CO 80214

COMPO, ELISIE                                    LAST SEEN:  03/2012
1411 FENTON ST, APT 203                          FIRST SEEN: 11/2011
LAKEWOOD, CO 80214

IVEY, ELSIE I                                    LAST SEEN:  03/2012
1411 FENTON ST, APT 203                          FIRST SEEN: 11/2011
LAKEWOOD, CO 80214

COMPO, ELISIE                                    LAST SEEN:  02/2012
1411 SETON ST                                    FIRST SEEN: 02/2012
DENVER, CO 80214

COMPO, ELSIE I                                   LAST SEEN:  02/2012
1411 SETON ST                                    FIRST SEEN: 02/2012
DENVER, CO 80214

IVEY, ELSIE I                                    LAST SEEN:  02/2012
1411 SETON ST                                    FIRST SEEN: 02/2012
DENVER, CO 80214

COMPO, ELSIE I                                   LAST SEEN:  12/2011
6394 S JELLISON ST                               FIRST SEEN: 07/2005
LITTLETON, CO 80123

COMPO, ELISE                                     LAST SEEN:  11/2011
1475 REED ST                                     FIRST SEEN: 11/2011
```

LAKEWOOD, CO 80214
***HIGH RISK INDICATOR: HOTEL OR MOTEL.

COMPO, ELISIE LAST SEEN: 11/2011
1475 REED ST FIRST SEEN: 11/2011
LAKEWOOD, CO 80214
***HIGH RISK INDICATOR: HOTEL OR MOTEL.

COMPO, ELSIE INA LAST SEEN: 11/2011
1475 REED ST FIRST SEEN: 11/2011
LAKEWOOD, CO 80214
***HIGH RISK INDICATOR: HOTEL OR MOTEL.

IVEY, ELSIE I LAST SEEN: 11/2011
1475 REED ST FIRST SEEN: 11/2011
LAKEWOOD, CO 80214
***HIGH RISK INDICATOR: HOTEL OR MOTEL.

COMPO, I ELISE LAST SEEN: 11/2011
1475 REED ST FIRST SEEN: 11/2011
LAKEWOOD, CO 80214
***HIGH RISK INDICATOR: HOTEL OR MOTEL.

COMPO, ELISE LAST SEEN: 07/2011
1535 N HIGH ST FIRST SEEN: 07/2011
DENVER, CO 80218
***HIGH RISK INDICATOR: RESIDENTIAL CARE FACILITY.

COMPO, ELISIE LAST SEEN: 07/2011
1535 N HIGH ST FIRST SEEN: 07/2011
DENVER, CO 80218
***HIGH RISK INDICATOR: RESIDENTIAL CARE FACILITY.

COMPO, ELSIE INA LAST SEEN: 07/2011
1535 N HIGH ST FIRST SEEN: 07/2011
DENVER, CO 80218
***HIGH RISK INDICATOR: RESIDENTIAL CARE FACILITY.

IVEY, ELSIE I LAST SEEN: 07/2011
1535 N HIGH ST FIRST SEEN: 07/2011
DENVER, CO 80218
***HIGH RISK INDICATOR: RESIDENTIAL CARE FACILITY.

COMPO, ELSIE I LAST SEEN: 07/2011
503 WASHINGTON AVE, APT 2 FIRST SEEN: 05/2011
GRINNELL, IA 50112

IVEY, ELSIE I LAST SEEN: 07/2011
503 WASHINGTON AVE, APT 2 FIRST SEEN: 05/2011
GRINNELL, IA 50112

COMPO, ELISIE LAST SEEN: 07/2011
503 WASHINGTON AVE, APT 2 FIRST SEEN: 03/2011
GRINNELL, IA 50112

COMPO, I ELISE LAST SEEN: 07/2011
1535 N HIGH ST FIRST SEEN: 07/2011
DENVER, CO 80218
***HIGH RISK INDICATOR: RESIDENTIAL CARE FACILITY.

COMPO, ELSIE INA LAST SEEN: 05/2011
503 WASHINGTON AVE, APT 2 FIRST SEEN: 05/2011
GRINNELL, IA 50112

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

IVEY I, ELSIE
503 WASHINGTON AVE, 2
GRINNELL, IA 50112
LAST SEEN: 05/2011
FIRST SEEN: 02/2011

COMPO, ELSIE I
503 WASHINGTON AVE
GRINNELL, IA 50112
LAST SEEN: 04/2011
FIRST SEEN: 04/2011

COMPO, ELSIE I
503 WASHINGTON AVE
GRINNELL, IA 50112
LAST SEEN: 03/2011
FIRST SEEN: 03/2011

?
COMPO, ELISIE
448 EAST ST, APT D
GRINNELL, IA 50112
LAST SEEN: 09/2010
FIRST SEEN: 09/2010

COMPO, ELSIE I
448 EAST ST, APT D
GRINNELL, IA 50112
LAST SEEN: 09/2010
FIRST SEEN: 09/2010

?
IVEY, ELSIE I
448 EAST ST, APT D
GRINNELL, IA 50112
LAST SEEN: 09/2010
FIRST SEEN: 09/2010

Nothing there just Hotel Street ??

COMPO, ELISIE I
8200 S QUEBEC ST, RM M
CENTENNIAL, CO 80112
LAST SEEN: 07/2009
FIRST SEEN: 07/2009

COMPO, ELSIE I
8200 S QUEBEC ST, RM M
CENTENNIAL, CO 80112
LAST SEEN: 07/2009
FIRST SEEN: 07/2009

IVEY, ELSIE I
8200 S QUEBEC ST, RM M
CENTENNIAL, CO 80112
LAST SEEN: 07/2009
FIRST SEEN: 07/2009

? Stuff Stolen

COMPO, ELISIE I
8970 W BELLWOOD PL
LITTLETON, CO 80123
LAST SEEN: 05/2009
FIRST SEEN: 05/2009

COMPO, ELSIE I
8970 W BELLWOOD PL
LITTLETON, CO 80123
LAST SEEN: 05/2009
FIRST SEEN: 05/2009

IVEY, ELSIE I
8970 W BELLWOOD PL
LITTLETON, CO 80123
LAST SEEN: 05/2009
FIRST SEEN: 05/2009

IVEY I, ELSIE
6548 S EVERETT WAY
LITTLETON, CO 80123
LAST SEEN: 12/2008
FIRST SEEN: 12/2008

COMPO, ELISE
6394 S JELLISON ST
LITTLETON, CO 80123
LAST SEEN: 06/2008
FIRST SEEN: 12/2005

COMPO, ELISIE I
6394 S JELLISON ST
LITTLETON, CO 80123
LAST SEEN: 06/2008
FIRST SEEN: 12/2005

COMPO, ELSIE INA
6394 S JELLISON ST
LITTLETON, CO 80123
LAST SEEN: 06/2008
FIRST SEEN: 12/2005

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

COMPO, I ELISE
6394 S JELLISON ST
LITTLETON, CO 80123
LAST SEEN: 06/2008
FIRST SEEN: 12/2005

? o COMPO, ELSIE I
2207 E 21ST ST
DES MOINES, IA 50317
LAST SEEN: 01/2008
FIRST SEEN: 01/2001
Date wrong

? o IVEY, ELSIE I
2207 E 21ST ST
DES MOINES, IA 50317
LAST SEEN: 08/2007
FIRST SEEN: 01/2001

? o IVEY, ELSIE I
6394 S JELLISON ST
LITTLETON, CO 80123
LAST SEEN: 04/2007
FIRST SEEN: 04/2007

COMPO, ELSIE I
23077 E ORCHARD PL
AURORA, CO 80015
LAST SEEN: 12/2005
FIRST SEEN: 12/2005

COMPO, ELISE
8100 W QUINCY AVE, APT N6
LITTLETON, CO 80123
LAST SEEN: 10/2005
FIRST SEEN: 03/2005

? o COMPO, ELISIE I
8100 W QUINCY AVE, APT N6
LITTLETON, CO 80123
LAST SEEN: 10/2005
FIRST SEEN: 03/2005

COMPO, ELSIE INA
8100 W QUINCY AVE, APT N6
LITTLETON, CO 80123
LAST SEEN: 10/2005
FIRST SEEN: 03/2005

IVEY, ELSIE I
8100 W QUINCY AVE, APT N6
LITTLETON, CO 80123
LAST SEEN: 10/2005
FIRST SEEN: 03/2005

COMPO, I ELISE
8100 W QUINCY AVE, APT N6
LITTLETON, CO 80123
LAST SEEN: 10/2005
FIRST SEEN: 03/2005

? o COMPO, ELISIE I
7655 S OAKLEAF ST
BENNETT, CO 80102
LAST SEEN: 05/2005
FIRST SEEN: 10/2004

Mary's ? o COMPO, ELSIE I
7655 S OAKLEAF ST
BENNETT, CO 80102
LAST SEEN: 05/2005
FIRST SEEN: 10/2004

? o IVEY, ELSIE I
7655 S OAKLEAF ST
BENNETT, CO 80102
LAST SEEN: 05/2005
FIRST SEEN: 10/2004

? o COMPO, ELISIE I
1010 N CORONA ST, APT 108
DENVER, CO 80218
LAST SEEN: 03/2005
FIRST SEEN: 01/2005

COMPO, ELSIE I
1010 N CORONA ST, APT 108
DENVER, CO 80218
LAST SEEN: 03/2005
FIRST SEEN: 01/2005

? o IVEY, ELSIE I
1010 N CORONA ST, APT 108
DENVER, CO 80218
LAST SEEN: 03/2005
FIRST SEEN: 01/2005

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

| | |
|---|---|
| COMPO, ELISIE I<br>2207 E 21ST ST<br>DES MOINES, IA 50317 | LAST SEEN: 01/2005<br>FIRST SEEN: 01/2001 |
| COMPO, ELISIE<br>1014 PEARL ST<br>GRINNELL, IA 50112 | LAST SEEN: 11/2004<br>FIRST SEEN: 02/1996 |
| COMPO, ELSIE I<br>1014 PEARL ST<br>GRINNELL, IA 50112 | LAST SEEN: 11/2004<br>FIRST SEEN: 09/1992 |
| IVEY, ELSIE I<br>1014 PEARL ST<br>GRINNELL, IA 50112 | LAST SEEN: 11/2004<br>FIRST SEEN: 09/1992 |
| COMPO, ELISIE<br>23077 E ORCHARD PL<br>AURORA, CO 80015 | LAST SEEN: 06/2004<br>FIRST SEEN: 06/2004 |
| COMPO, ELSIE I<br>23077 E ORCHARD PL<br>AURORA, CO 80015 | LAST SEEN: 06/2004<br>FIRST SEEN: 06/2004 |
| IVEY, ELSIE I<br>23077 E ORCHARD PL<br>AURORA, CO 80015 | LAST SEEN: 06/2004<br>FIRST SEEN: 06/2004 |
| COMPO, ELSIE I<br>2207 E 21ST ST<br>DES MOINES, IA 50317 | LAST SEEN: 04/2004<br>FIRST SEEN: 04/2004 |
| PICKERING, ELSIE<br>2207 E 21ST ST<br>DES MOINES, IA 50317 | LAST SEEN: 05/2003<br>FIRST SEEN: 02/2003 |
| IVEY, ELSIE<br>2207 E 21ST ST<br>DES MOINES, IA 50317 | LAST SEEN: 05/2001<br>FIRST SEEN: 05/2001 |
| COMPO, ELSIE I<br>100 E KENYON AVE<br>DES MOINES, IA 50315 | LAST SEEN: 04/2001<br>FIRST SEEN: 07/2000 |
| IVEY, ELSIE I<br>100 E KENYON AVE<br>DES MOINES, IA 50315 | LAST SEEN: 07/2000<br>FIRST SEEN: 07/2000 |
| COMPO, ELSIE I<br>901 E 25TH CT<br>DES MOINES, IA 50317 | LAST SEEN: 01/2000<br>FIRST SEEN: 05/1998 |
| IVEY, ELSIE I<br>4066 DAWSON RD, LOT G<br>MILTON, FL 32583 | LAST SEEN: 01/1999<br>FIRST SEEN: 08/1992 |
| IVEY, ELSIE I<br>901 E 25TH CT<br>DES MOINES, IA 50317 | LAST SEEN: 11/1998<br>FIRST SEEN: 09/1998 |
| COMPO, ELSIE I<br>903 E 25TH CT<br>DES MOINES, IA 50317 | LAST SEEN: 12/1997<br>FIRST SEEN: 11/1997 |

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

IVEY, ELSIE I
903 SE 25TH CT
DES MOINES, IA 50317
LAST SEEN: 11/1997

COMPO, ELSIE I
4066 DAWSON RD, LOT G
MILTON, FL 32583
LAST SEEN: 09/1992
FIRST SEEN: 09/1992

IVEY, ELSIE I
307 HARRISON AVE
JAY, FL 32565
LAST SEEN: 09/1992
FIRST SEEN: 09/1992

MILLER, ELSIE I
6248 WEEKLY ST
MILTON, FL 32570
LAST SEEN: 12/1991
FIRST SEEN: 05/1990

MILLER, ELSIE I
2400 LE RUTH DR
PENSACOLA, FL 32514
LAST SEEN: 01/1990
FIRST SEEN: 01/1990

MILLER, ELSIE I
3979 WHITEHALL DR
MILTON, FL 32571
LAST SEEN: 09/1989
FIRST SEEN: 09/1989

COMPO I, ELSIE
448 EAST ST
GRINNELL, IA 50112

END-USER IS NOTIFIED THAT FOR LEGAL AND PRACTICAL REASONS INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD BE USED ONLY TO VERIFY THE INFORMATION PROVIDED BY THE CONSUMER ON HIS/HER EMPLOYMENT APPLICATION. INFORMATION OBTAINED THROUGH A SOCIAL SECURITY NUMBER TRACE SHOULD NOT BE USED ALONE OR IN CONJUNCTION WITH ANY OTHER INFORMATION TO MAKE AN EMPLOYMENT DECISION

**Score Report - County Record** COMPO, ELSIE Complete Alert

DEFERRED WITHOUT ADDITIONAL REVIEW

**Score Report - Trace** COMPO, ELSIE Complete Clear

Trace Score Results: ELIGIBLE FOR HIRE

**Global Terrorist Watchlist Search** Complete Clear

Search Performed On 09/02/2016

No Match was found in the Global Terrorist Watchlist

**Federal All Districts Record Check** ALL DISTRICTS Complete Clear

Federal Criminal All Districts Record Check*** CLEAR ***

Jurisdiction: ALL DISTRICTS

Records Were Checked For a Minimum of Seven Years

All federal jurisdiction courts were checked and no Federal records were found based upon the information provided.

**County Criminal Record** POLK, IA Complete Alert

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

*** ALIAS NAMES HAVE BEEN SEARCHED ***

======================================================================

CASE INFORMATION

| | |
|---|---|
| Case Number | 05771 SMAC242998 |
| Court Jurisdiction | COUNTY |
| Jurisdiction | POLK, IA |
| Country | US |
| Status | CLOSED CASE |
| State | IA |
| County | POLK |

| | |
|---|---|
| Charge Number | 1 |
| Final Charge | ASSAULT |
| Final Charge Type | MISDEMEANOR |
| Disposition Type | GUILTY |
| Sentence | FINE, $50 FINE |
| Outcome | CONVICTION |
| Disposition Date | 11/13/2001 |

IDENTIFICATION FOUND

| | |
|---|---|
| Name Found | ELSIE INA COMPO |
| DOB | MATCHES |
| Comments | OFFENSE DATE 09/22/2001 |

County Criminal Record POWESHIEK, IA Complete Alert

*** ALIAS NAMES HAVE BEEN SEARCHED ***

======================================================================

CASE INFORMATION

| | |
|---|---|
| Case Number | 08791 SRIN009201 |
| Court Jurisdiction | COUNTY |
| Jurisdiction | POWESHIEK, IA |
| Country | US |
| Status | CLOSED CASE |
| State | IA |
| County | POWESHIEK |

| | |
|---|---|
| Charge Number | 1 |
| Final Charge | THEFT FIFTH DEGREE |
| Final Charge Type | MISDEMEANOR |
| Disposition Type | GUILTY |
| Sentence | JAIL, 30 DAYS, Suspended duration=30 Days<br>PROBATION, 1 YEARS |
| Outcome | CONVICTION |
| Disposition Date | 05/30/1997 |

Applicant Name: COMPO, ELSIE SSN: [redacted] Control Number: 91887441

IDENTIFICATION FOUND

| | |
|---|---|
| Name Found | ELSIE INA COMPO |
| DOB | MATCHES |
| Comments | OFFENSE DATE 03/17/1996 |

*Page: 11 of 11*