**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RALPH GAMBLES,

                       Plaintiff,                       1:15cv09746 (PAE)

    -against-                      **ORDER FOR ADMISSION**

STERLING INFOSYSTEMS, INC.,             **PRO HAC VICE**

                       Defendant.

_____

      The motion of David H. Seligman, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bars of the states of Colorado, Massachusetts, and New York, and that his contract information is as follows:

      David H. Seligman

      Towards Justice

      1535 High Street, Suite 300

      Denver, CO 80218

      Telephone/Fax: (720) 248-8426 / (303) 957-2289

      david@towardsjustice.org

      Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

_____

United States District Judge