UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH GAMBLES, THOMAS MERCK and ELSIE COMPO, individually and as representatives of the Classes,<br><br>Plaintiffs,<br><br>- against –<br><br>STERLING INFOSYSTEMS, INC.,<br><br>Defendant. | Case No. 1:15-cv-09746-PAE<br><br>**JOINT STATUS REPORT** |

This Joint Status Report is submitted by Plaintiffs Ralph Gambles, Thomas Merck and Elsie Compo, and Defendant Sterling Infosystems, Inc. (collectively, the "Parties") in accordance with Fed. R. Civ. P. 26(f)(3) and ECF Nos. 98, 106, 108, 112, 117, and 119.

1.  By their recent filings, and during the February 13, 2018, status conference, the Parties have detailed their ongoing, cooperative efforts to address the threshold issue of whether the electronic information maintained by Sterling can be used to ascertain and identify the members of the three (3) putative classes. (*See* ECF Nos. 107, 111, 116, and 118.)

2.  The Parties have continued to work cooperatively to identify the electronic information that Sterling will deliver to Plaintiffs' counsel as part of that effort.

3.  By their March 2, 2018, status report (ECF 118), the Parties identified numerous deliverables that Sterling had agreed to create and deliver to Plaintiffs'

counsel. As the Parties explained, Sterling expected to be able to provide the identified deliverables today, or shortly thereafter. (ECF 118 ¶ 3.)

4. Consistent with the timetable provided to this Court by the March 2 status report, Sterling has created and provided to Plaintiffs' counsel:

    a. A "data dictionary" explaining the content and meaning of certain data included within the exports of sample data and (eventually) the larger export of data to be provided to Plaintiffs' counsel;

    b. The results of the queries, modified at the request of Plaintiffs' counsel, to identify the electronic data sought by Plaintiffs' counsel (i.e., the number of records returned by each query); and

    c. The source code used to run the modified queries.

5. Also consistent with the expected timetable, Sterling is in the process of assembling and has provided a firm deadline for providing to Plaintiffs' counsel: a second sample data export containing additional data elements requested by Plaintiffs' counsel; and, additional source code requested by Plaintiffs' counsel.

6. Plaintiffs' counsel will examine and evaluate the data dictionary, source code, query results, and other information provided by Sterling. Due to the nature and complexity of the information that Sterling has provided (and will continue to provide), this evaluation may take some time.

7. The Parties will continue to work cooperatively to resolve any additional questions about Sterling's proposed export of electronic information.

8.      Overall, the Parties are continuing to work together in this complex process, and presently have no disagreements which require the Court's attention.

9.      Accordingly, the Parties respectfully and jointly seek leave to file an additional status report on or before April 20, 2018.

Dated:  March 23, 2018

BERGER & MONTAGUE, P.C.

 s/ E. Michelle Drake
E. Michelle Drake, MN Bar No. 387366*
Joseph C. Hashmall, MN Bar No. 392610*
43 S.E. Main Street, Suite 505
Minneapolis, MN 55414
Telephone:  (612) 594-5999
emdrake@bm.net
jhashmall@bm.net

TOWARDS JUSTICE
David Seligman, CO Bar No. 49394**
1410 High Street, Suite 300
Denver, CO 80218
Telephone:  (720) 248-8426
david@towardsjustice.org

TERRELL MARSHALL LAW GROUP PLLC
Beth Terrell, WA Bar No. 26759*
Erika L. Nusser*
936 N. 34th Street, Suite 300
Seattle, WA 98103
Telephone:  (206) 816-6603
bterrell@terrellmarshall.com
enusser@terrellmarshall.com

NICHOLS KASTER, PLLP
Michele R. Fisher, NY Bar No. MF4600
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 256-3200
Facsimile:  (612) 215-6870

*Attorneys for Plaintiffs and the Putative Classes*

Respectfully submitted by,

REED SMITH LLP

 s/ Michael O'Neil
Michael O'Neil*
Albert E. Hartmann*
10 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 207-1000
michael.oneil@reedsmith.com
ahartmann@reedsmith.com

Zalika Pierre
599 Lexington Avenue
New York, NY 10022
Telephone:  (212) 521-5400
zpierre@reedsmith.com

*Attorneys for Defendant*

*admitted *pro hac vice*
**pro hac vice* forthcoming

4

**TO BE COMPLETED BY THE COURT:**

The above Joint Status Report has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Fed. R. Civ. P. 16(b).

1.  The Parties shall file as referenced above (¶ 9) an additional status report on or before April 20, 2018.

2.  [Other]

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as otherwise noted) shall be made in a written application in accordance with paragraph 1.E of the Court's Individual Rules and Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

_____
Paul A. Engelmayer
United States District Judge

Dated: March \_\_\_, 2018           New York, New York