AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| RALPH GAMBLES, et al., *Plaintiff* | ) ) ) | |
| v. | ) | Case No.  1:15-cv-09746-PAE |
| STERLING INFOSYSTEMS, INC., *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ralph Gambles, Thomas Merck, and Elsie Compo                                                   .

Date:   03/19/2019

/s/ Adrienne D. McEntee
*Attorney's signature*

Adrienne D. McEntee, Admitted Pro Hac Vice
*Printed name and bar number*

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103

*Address*

amcentee@terrellmarshall.com
*E-mail address*

(206) 816-6603
*Telephone number*

(206) 319-5450
*FAX number*