

**E. MICHELLE DRAKE** / *SHAREHOLDER*
d 612.594.5933  m 612.242.4296 | emdrake@bm.net

July 22, 2020

**VIA ECF**
Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Gambles v. Sterling, 15-CV-09746 – Request for Oral Argument**

Dear Judge Engelmayer,

    Pursuant to the Court's Individual Rules and Practices in a Civil Case, Plaintiff respectfully requests that the Court schedule oral argument on Plaintiff's Motion for Attorney's Fees, Costs and Named Plaintiff Service Award (ECF 184).

    Specifically, Plaintiff seeks that the Court consider this motion at the final fairness hearing scheduled for September 22, 2020 at 2:00 PM.  ECF No. 183.  As Plaintiff made clear in his preliminary approval brief, Plaintiff is filing this motion now so that the motion papers can be posted on the Settlement Website and "that Class Members will have the opportunity to review them prior to the end of the Objection and Exclusion Period."  ECF No. 180 at 7.

    Oral argument is warranted because, pursuant to Rule 23(e)(2), a hearing is required for class action settlement approval.  The final fairness hearing will also afford the Court the opportunity to resolve any questions it has regarding the instant motion.

Sincerely,

*/s/ E. Michelle Drake/*

E. Michelle Drake

The parties should be prepared to discuss plaintiffs' motion for attorneys' fees and costs and the named plaintiff's service award, Dkt. 189, at the final fairness hearing on September 22, 2020 at 2 p.m.  If the Court has questions about the motion, it will take them up at that time.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

July 29, 2020

43 SE MAIN STREET, SUITE 505
MINNEAPOLIS, MN 55414
612.594.5999 | **BERGERMONTAGUE.COM**