UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RALPH GAMBLES, *individually and as representative of the classes*,

                            Plaintiff,

           -v-

STERLING INFOSYSTEMS, INC.,

                           Defendants.

15 Civ. 9746 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received the attached letter from a member of the putative class in this case, seeking leave not to attend the fairness hearing scheduled for September 22, 2020. The Court does not perceive any need for the class member to personally appear. The Court nevertheless asks counsel to confer about this letter and to file a brief letter on the docket of the case by August 6, 2020, outlining counsel's views as to this matter.

      SO ORDERED.

                                                 *Paul A. Engelmayer*
                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: July 31, 2020
       New York, New York

Mon June 15, 2020
Mesa, Arizona 85202
Court Hearing:
September 22, 2020

Gambles v. Sterling Infosystems, Inc.
C/O Sterling Settlement Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103

ATTN: Class Action Notice

I, Andrea J. Palmer, have received a court ordered Notice, to appear to court hearing for approval on Settlement, In Sterling Settlement that it violated any law agreed to the Settlement to avoid the expenses associated with Continuing the litigation.

On September 22, 2020, 2pm at Thurgood Marshall United States, 40 Foley Square, New York, NY 10007
I, Andrea J. Palmer, As I reside at 1111 So San Jose #153
Mesa, Arizona 85202

I would not have to travel, to appear at this court appointment, and not be able to appear, at this time, Understanding No, I've have resided here in Mesa, Arizona from age 2.
Please excuse Me from all responsibilities, Concerning, This Matter, at this time.

Sincerely,
Andrea J. Palmer

Cell:
602 639 1837    1111 S. San Jose # 153
Mesa, Arizona 85202

Andrea J Palmer
1011 S ...
Mesa, Arizona 8520...

Case 1:15-cv-09746-PAE   Document 195   Filed 07/31/20   Page 3 of 4

PHOENIX AZ 852
22 JUN '20
PM 11 L

21 JUL 2020 PM 5 L

RETURN
POS...

USA FOREVER

Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

USM 40 LT
SDNY

RECEIVED
JUL 29 '20
CLERK'S OFFICE
S.D.N.Y.

10007-150729



...E Document 195 Filed...

2020 JUL 24 PM 1:57

RECEIVED