UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH GAMBLES, THOMAS MERCK and ELSIE COMPO, individually and as representatives of the Classes,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING INFOSYSTEMS, INC.,<br><br>Defendant. | NO. 1:15-cv-09746-PAE<br><br>**JUDGMENT** |

Pursuant to the Court's Final Approval Order (ECF 205), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that:

1. The claims of Plaintiff Ralph Michael Gambles and the members of the Settlement Class (as defined in the Court's Final Approval Order (ECF 205)) are dismissed with prejudice.

2. In accordance with Paragraph 24 of the Final Approval Order – and using the definitions contained in that Order – Plaintiff Ralph Michael Gambles, Settlement Class Members, and their successors and assigns are permanently barred and enjoined from instituting or prosecuting, either individually or as a class, or in any other capacity, any of the Released Claims against any of the Released Parties, as set forth in the Agreement.

3. The individual claims of Plaintiffs Thomas Merck and Elsie Compo are dismissed with prejudice.

4. The claims asserted in the First Consolidated Class Action Complaint (ECF 85) on behalf of the putative members of the Duplicative Information Class, the Duplicative Information Colorado Sub-Class, the Inaccurate Address Information Class, and the Inaccurate

Address Colorado Sub-Class (as defined in the First Consolidated Class Action Complaint (ECF 85, ¶ 112)) are dismissed without prejudice.

5. All Parties shall bear their own fees and costs, and there shall be no award of fees or costs to any party, person, or entity (except as specifically allowed by the Final Approval Order, with all such amounts to be paid out of the Gross Settlement Amount only).

6. This matter is hereby closed.

DATED this 22nd day of September, 2020.

_____
Paul A. Engelmayer
United States District Judge