```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RALPH GAMBLES, individually and as a representative         :
of the classes,                                             :      15 Civ. 9746 (PAE)
                                                            :
                              Plaintiff,                    :
                                                            :
               -v-                                          :
                                                            :
STERLING INFOSYSTEMS, INC.,                                 :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

  At today's conference, the Court issued a bench decision that resolved—and set out the Court's reasoning for granting—plaintiffs' motions to approve the proposed class settlement, *see* Dkt. 198, and for an award of attorneys' fees and costs and a class representative service award, *see* Dkt. 189. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 189 and 198, and close this case.

  SO ORDERED.

*Paul A. Engelmayer*<br>
Paul A. Engelmayer<br>
United States District Judge

Dated: September 22, 2020<br>
   New York, New York