UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RALPH GAMBLES, individually and as a representative :
of the classes,                                    :          15 Civ. 9746 (PAE)
                                                   :
                            Plaintiff,             :
                                                   :
              -v-                                  :
                                                   :
STERLING INFOSYSTEMS, INC.,                        :
                                                   :
                            Defendant.             :
                                                   :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    At the conference on September 22, 2020, the Court ordered counsel to submit a letter describing the nature of the individual settlements for plaintiffs Merck and Compo. The Court has reviewed this letter, thanks counsel for it, and will take no further action with respect to these settlements.

    The Clerk of Court is respectfully directed to file the letter under seal, viewable only to the parties of this case.

    SO ORDERED.

                                                                                                        Paul A. Engelmayer
                                                                                 Paul A. Engelmayer
                                                                                  United States District Judge

Dated: September 22, 2020
       New York, New York